# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| MARCUS MITCHELL,<br><br>   *Plaintiff-Appellant*,<br><br>v.<br><br>KYLE KIRCHMEIER, MORTON COUNTY SHERIFF, et al.,<br><br>   *Defendants-Appellees*. | No. 24-2755<br><br>Appeal from the United States District Court for the District of North Dakota<br>(No. 1:19-cv-149) |

## APPELLANT MARCUS MITCHELL'S STATEMENT OF ISSUES

Appellant intends to raise the following issues on appeal:

1. Whether the district court erred in granting the defendants' motions for summary judgment.

2. Whether the district court erred by holding that Defendants use of force was reasonable.

3. Whether the district court erred by holding that Defendants were entitled to qualified immunity for any use of force.

4. Whether the district court erred by holding Plaintiff's *Monell* claim fails.

5. Whether the district court erred by holding Plaintiff's failure-to-intervene claim fails.

1

Dated: September 12, 2024        Respectfully submitted,

*s/ Devi M. Rao*
Devi M. Rao
RODERICK & SOLANGE
  MACARTHUR JUSTICE CENTER
501 H St. NE, Suite 275
Washington, DC 20002
(202) 869-3490
devi.rao@macarthurjustice.org

Vanessa del Valle
RODERICK & SOLANGE
  MACARTHUR JUSTICE CENTER
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-1271
vanessa.delvalle@law.northwestern.edu

*Attorneys for Plaintiff-Appellant Marcus Mitchell*

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Devi M. Rao*
Devi M. Rao