

**Bakke
Grinolds
Wiederholt**

ATTORNEYS AT LAW

February 21, 2025

*__Via ECF__*

Maureen W. Gornik, Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

     **Re:   Marcus Mitchell v. Morton County, et al.
            Appeal No: 24-2755**

Dear Mr. Gans:

This letter is in response to the Court's February 21, 2025 docket notice. Please be advised counsel for Defendant-Appellees Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, and Bismarck Police Officer Tyler Welk request that oral argument <u>not</u> be scheduled on:

     April 15-18, 2025
     May 12-13, 2025

which are dates counsel for Defendant-Appellees Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, and Bismarck Police Officer Tyler Welk are unavailable.

Thank you for your consideration.

                      Very truly yours,

                      Shawn A. Grinolds

SAG:sam
Clerk.1

Randall J. Bakke•△•□∇
  rbakke@bgwattorneys.com
Shawn A. Grinolds•□
  sgrinolds@bgwattorneys.com
Bradley N. Wiederholt•□
  bwiederholt@bgwattorneys.com
Grant T. Bakke•×
  gbakke@bgwattorneys.com
David R. Phillips•
  dphillips@bgwattorneys.com

\* Licensed in North Dakota
□ Licensed in Minnesota
△ Licensed in South Dakota
+ Board Certified Civil Trial
  Specialist by National Board
  of Trial Advocacy
▢ Follow-Litigation Counsel of America
∇ Board Certified Civil Practice
  Advocacy by National Board
  of Civil Pretrial Practice Advocacy
× MBA

**Bakke Grinolds Wiederholt, Attorneys**
P.O. Box 4247 · Bismarck, ND 58502-4247
300 West Century Ave · Bismarck, ND 58503
p 701.751.8188 · f 701.751.7172
www.bgwattorneys.com