

**Roderick and Solange MacArthur Justice Center**
501 H Street NE, Suite 275
Washington, DC 20002

macarthurjusticecenter.org

**Devi M. Rao**
Director, Supreme Court and Appellate Program

devi.rao@macarthurjustice.org
O  202 869 3490
F  202 869 3435

February 24, 2025

**<u>VIA ECF</u>**
Office of the Clerk
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

RE:  *Marcus Mitchell v. Kyle Kirchmeier, et al.*, No. 24-2755
      Response to Notice of Screening for Oral Argument, issued Feb. 21, 2025

Dear Ms. Gornik,

Pursuant to this Court's ECF notification on February 21, 2025, undersigned counsel for Appellant Marcus Mitchell requests that oral argument not be scheduled the week of April 14-18, 2025, due to a preplanned vacation.


Sincerely,

*/s/Devi M. Rao*
*Counsel for Appellant Marcus Mitchell*

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 24, 2025 <u>/s/Devi Rao</u>