No: 24-2755

Marcus Mitchell

Appellant

v.

Kyle Kirchmeier, Morton County Sheriff, et al.

Appellees

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:19-cv-00149-DMT)

---

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until April 3, 2025 to file the brief.

March 11, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler