**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| Marcus Mitchell,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>Kyle Kirchmeier, Morton County Sheriff, et al.,<br><br>*Defendants-Appellees*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Appeal No. 24-2755 |

## MOTION TO WITHDRAW AS COUNSEL

Come now undersigned counsel, Warrington Sebree, respectfully moves to withdraw as counsel for Plaintiff-Appellant in the above-captioned matter. Undersigned counsel will no longer be employed with the firm representing him as of September 3, 2026. Plaintiff will continue to be represented by attorney Devi Rao, who has already entered an appearance in this case.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion together with any such other and further relief this Court deems just and proper under these circumstances.

Date: September 2, 2026

Respectfully submitted,

*s/ Warrington Sebree*
Devi Rao
Warrington Sebree
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3434
warrington.sebree@
macarthurjustice.org
devi.rao@macarthurjustice.org

*Counsel for Plaintiff-Appellant*
*Marcus Mitchell*

**CERTIFICATE OF COMPLIANCE**

I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because this Motion contains 88 words. I further certify that this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and typestyle requirements of Fed. R. App. P. 32(a)(6), because this Motion has been prepared in a proportionally-spaced typeface, Century Schoolbook, size 14 font, using Microsoft Word.

*s/ Warrington Sebree*
Warrington Sebree

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the Court's CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/ Warrington Sebree*
Warrington Sebree